# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     vs.<br><br>Christian Noel Cuevas,<br><br>                 Defendant. | Case No. 20CR2973-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>DEC - 1 2020<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_    the Court has dismissed the case for unnecessary delay; or

**X**    the Court has granted the motion of the Government for dismissal, with prejudice; or

\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment:

    18:545 - Smuggling Goods Into the United States (Felony); 18:2 - Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 11/30/2020

                                                   Hon. Gonzalo P. Curiel
                                                   United States District Judge